IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCEL MALU MALANGA, et. al.<br><br>Defendants. | Case No. 2:25-mj-00346 DBP<br><br>**ORDER TO UNSEAL CRIMINAL CASE**<br><br>Judge Dustin B. Pead |

Upon review of the United States' motion to unseal this criminal case, the Court adopts the reasons set forth by the United States in its motion and finds that, with the exception of the unredacted felony complaint and the government's motion to seal, the information in the criminal case need no longer be sealed or otherwise protected and should be disclosed and made part of the public record.

NOW THEREFORE, it is hereby ORDERED that this criminal case be unsealed and that a redacted version of the felony complaint shall be placed on the public record.

DATED this 9th day of April, 2025.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge